**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JANET F. ADAMS, | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 04-4229-JPG |
| | ) | |
| FIRST CONSUMERS NATIONAL BANK | ) | |
| and SIMM ASSOCIATES, INC., | ) | |
| *Defendants.* | ) | |

**ORDER**

This cause coming before the Court upon the *Stipulation and Joint Motion to Dismiss* filed

by counsel for the parties pursuant to Federal Rule of Civil Procedure 41, and good cause appearing,

it is ordered that the above-entitled action be and hereby is dismissed with prejudice as to all claims

which have been asserted or could have been asserted herein.

**Dated:  May 20, 2005**

                                    **s/ J. Phil Gilbert**
                                    **U. S. District Judge**