IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANET F. ADAMS,                         )   | |
|             *Plaintiff,*                )   | |
|                                         )   | |
|     v.                                  )   | No. 04-4229-JPG |
|                                         )   | |
| FIRST CONSUMERS NATIONAL BANK           )   | |
| and SIMM ASSOCIATES, INC.,              )   | |
|             *Defendants.*               )   | |

# JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:   May 20, 2005**

**NORBERT JAWORSKI, CLERK**

 **by: s/Deborah Agans**
**Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
           **U. S. DISTRICT JUDGE**